# Exhibit A

Search Warrant Affidavit

| | |
|---|---|
| (DISTRICT) (COUNTY) COURT, EL PASO COUNTY COLORADO<br>Court Address:  270 South Tejon Street<br>Colorado Springs, Colorado 80903 | |
| RE: Search Warrant of<br>**The Days Inn, 4610 Rusina Avenue, Room # 331, Colorado Springs, CO 80907, City of Colorado Springs, County of El Paso, State of Colorado** | ▲COURT USE ONLY▲<br>Case/File Number: |
| Agency Name: Colorado Springs Police Department   Agency Number: 21-19137 | Division:**Criminal**   Ctrm: |

## ATTACHMENT A

The following affidavit is made in the support of a request for the issuance of a search warrant for: **The Days Inn, 4610 Rusina Avenue, Room # 331, Colorado Springs, CO 80907, City of Colorado Springs, County of El Paso, State of Colorado; The Days Inn is a three story hotel with a stucco exterior and Room # 331 is located on the southwest corner of the second floor and the sliding glass door to the balcony faces south..**

Your Affiant, Police Officer N. Hartbauer, 4722, herein after referred to as I, being duly sworn, herby depose and states as follows:

### Introduction and Affiant Background

Your Affiant is a Police Officer with the Colorado Springs Police Department, and has been employed as a State of Colorado Peace Officer for approximately twelve years. Your Affiant is specifically assigned to the Falcon Division Patrol Unit. As part of my duties, I investigate firearms in the possession of prohibited persons, drug trafficking, and other violations of Colorado Revised Statues.

This affidavit is submitted in support of an application for a premises search warrant to search the premises located at 4610 Rusina Avenue, Room #331, Colorado Springs, Colorado, located within the City of Colorado Springs, and county of El Paso, more fully described in Attachment A, hereinafter the "TARGET RESIDENCE".

I submit that the following facts establish probable cause to believe that located in the place described in **Attachment A** are items described in **Attachment B**, those being evidence, fruits, and instrumentalities of violations of Colorado Revised Statues 18-18-405, Possession with intent to distribute, and 18-12-108, Possession of a weapon by a previous offender. These violations are hereinafter referred to as "THE VIOLATIONS".

Because this affidavit is being submitted for the limited purpose of securing a premises search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violations of the offenses listed above, more fully described in **Attachment B**, are presently located at/in the subject premises, more fully described in **Attachment A.**

In summary, and as will be set forth below, my investigation to date reveals probable cause to believe that Anthony Pride, and others yet unknown are illegally in possession of firearms and distributing illegal drugs. I submit probable cause exists to believe evidence, fruits, and instrumentalities of those crimes committed by Pride and others will be found at the TARGET RESIDENCE.

The information contained within the affidavit is based on my training and experience, and is known to your Affiant personally or has been imparted your Affiant by other law enforcement officers involved in this investigation.

### The Investigation

Anthony Pride, DOB 04/21/1964, is a convicted felon. Your Affiant has reviewed criminal history for Pride, and learned the following information related to this felony convictions. Some, but not all of his prior felony convictions include in El Paso County Case 19CR6445, Pride pled guilty to a DF3, distribution of a controlled

Supervisor Initials / IBM: Lt /AD/1113

Attachment A
Page 2 of 3

substance. In El Paso County Case 19CR992, Pride pled guilty to criminal mischief, a Class 6 Felony. In 2007CR5513, Pride pled guilty to distribution of a controlled substance, a Class 3 Felony. As a prior felon, Pride would be prohibited from possessing a firearm.

### Pride resides as the TARGET RESIDENCE

Pride resides at the TARGET RESIDENCE. On 5/21/2021 at approximately 1740hrs, CSPD Sgt C. Simpson obtained a list of residents at the Days Inn. On the list of residents, Pride was listed as the current renter of room 331. Check out time had already passed at this time, and I submit that Pride would likely maintain this room for the rest of May 21, 2021. I submit this information tends to corroborate information provided by the SOI as listed below.

On May 21, 2021, Officers contacted Pride and arrested him on an outstanding felony warrant near the lobby. At the time of his arrest, Pride was in possession of about $230 of US Currency. Pride stated the money was from his birthday. Pride's birthday was approximately one month ago, and investigators believe the money was actually from the distribution of illegal narcotics. The denominations of the cash are consistent with street level narcotics distribution.

### Information obtained from a Source of Information (SOI)

The SOI's name is omitted from this affidavit in order to protect his/her identity. The SOI fears physical retaliation by Pride and Pride's co-conspirators for providing information to law enforcement.

The SOI has a prior criminal history for drugs and theft. The SOI was cooperating with law enforcement in hopes of leniency on pending criminal charges. No promises were made to the SOI, and the SOI was not compensated monetarily. The SOI provided other information to law enforcement that is not included within this affidavit. For example, the SOI was able to identify other individuals known to law enforcement as being associated with drug activity. The SOI was able to provide information linked to recent criminal activity, including theft, which was independently corroborated by CSPD Officers.

The SOI is familiar with firearms, and was able to differentiate between a pistol and a revolver. The SOI was familiar with how firearms were loaded, the types of different ammunition available, and other details about firearms. I submit that the SOI would likely be able to differentiate between a real firearm and a fake one, or a BB gun.

The SOI is also familiar with different types of drugs, and was a drug user him/herself. He/she would be able to recognize methamphetamine, heroin, marijuana, and other types of drugs.

### Illegal drugs are inside the TARGET RESIDENCE

Over the last several months, the SOI has been inside the TARGET RESIDENCE multiple times. The SOI stated he/she has seen illegal drugs and firearms in the TARGET RESIDENCE each time he/she has been inside. I submit that based on the SOI's information, the presence of firearms and illegal drugs are common place and routine within the TARGET RESIDENCE.

Specifically, the SOI said there was methamphetamine, heroin, and prescription pills within the TARGET RESIDENCE. The SOI also saw baggies and digital scales within the TARGET RESIDENCE. I know from training and experience that the presence of baggies and digital scales, when located together, are common place in illegal drug distribution.

### Firearms are inside the TARGET RESIDENCE

Attachment A<br>Page 3 of 3

The SOI explained recently this week, he/she saw a 12 gauge pump shot gun that holds six rounds and has yellow shells located under the mattress of Room # 331. Earlier this week, he/she also saw a black AR15 rifle with a laser sight on it in that room also. The SOI has seen firearms in the TARGET RESIDENCE multiple times over the past several months.

The SOI stated the he/she has seen a firearm inside the TARGET RESIDENCE each time he/she has been inside of it. The SOI provided specific information about the firearms with the TARGET RESIDENCE, and the specificity of his/her information also tends to lend credibility.

Your Affiant knows from training and experience that drug dealers often times have firearms for protection and to intimidate drug purchasers.

Therefore, based on the above described facts and circumstances, Your Affiant respectfully moves the Court for issuance of a search warrant for search of those person(s), property and/or premises known as: **The Days Inn, 4610 Rusina Avenue, Room # 331, Colorado Springs, CO 80907, City of Colorado Springs, County of El Paso, State of Colorado; The Days Inn is a three story hotel with a stucco exterior and Room # 331 is located on the southwest corner of the second floor and the sliding glass door to the balcony faces south..**

Applicant: _____
N. Hartbauer 4722

Employed By: Colorado Springs Police Department

Position: Police Officer

This affidavit was sworn and subscribed before me this day May 21, 2021

Magistrate / Judge: _____
Judge Frances R. Johnson